

# FILED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FEB 1 9 2008
Feb 19 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** Karl T. Muth | **Defendant(s):** Enterprise Rent-A-Car, Inc. American Recovery Systems, Inc. |
| County of Residence: Cook, IL | County of Residence: St. Louis County, MO |
| Plaintiff's Atty: | Karl T. Muth *pro se* 61 West 15th Street, Chicago, Illinois 60605 312.952.6000 | Defendant's Atty: |

---

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff:- N/A
Defendant:- N/A

**08CV 1025**
**JUDGE ST. EVE**
**MAGISTRATE JUDGE COLE**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **890 Other Statutory Actions**

VI. Cause of Action:     **Violations of FCRA (15 U.S.C. § 1681), FDCPA (15 U.S.C. § 1692), and the Ill. Consumer Fraud & Decep. Practices Act, (815 ILCS 505) by Missouri corporation and its Illinois agent attempting to collected an alleged contract debt from Plaintiff.**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand: **$2,100.00**
Jury Demand: **No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

---

Signature: _____

Date: ___2/18/2008___