FILED
FEB 19 2008
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Karl T. Muth

STREET ADDRESS: Sixty-One West Fifteenth Street #208

CITY/STATE/ZIP: Chicago, Illinois 60605

PHONE NUMBER: 312.952.6000

CASE NUMBER: _____

_____          2/18/2008
Signature                              Date


08CV 1025
JUDGE ST. EVE
MAGISTRATE JUDGE COLE