IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KARL T. MUTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08-CV-1025 |
| ) | |
| ENTERPRISE RENT-A-CAR, INC. ) | Judge Amy St. Eve |
|   a Missouri corporation, ) | |
| ) | |
| AMERICAN RECOVERY SYSTEMS, ) | |
|   INC. d/b/a ARS, ) | |
|   an Illinois Corporation, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Enterprise Rent-A-Car., Inc. by its Agent, James M. Halpin of CT Corporation System at
208 South LaSalle Street
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on February 26th, 2008, at 8:30am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge St. Eve, or any judge sitting in her stead in Courtroom 1241 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present Plaintiff's *Motion for Temporary Restraining Order and Preliminary Injunction*, a copy of which is attached hereto and herewith served upon you.

Respectfully Submitted,
Karl T. Muth, Plaintiff

_____

Karl T. Muth
61 W. 15th Street #208
Chicago, Illinois 60605

### CERTIFICATE OF SERVICE

I, being duly sworn on oath, depose and state that I filed the foregoing Notice to Defendant noted above on February 20, 2008.

_____
Karl T. Muth

**FILED**
FEB 19 2008
JUDGE AMY ST. EVE
United States District Court