**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Karl T. Muth
                                         Plaintiff,

v.                                                                  Case No.: 1:08−cv−01025
                                                                         Honorable Amy J. St. Eve

Enterprise Rent−A−Car, Inc., et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiff Karl T. Muth for temporary restraining order and preliminary injunction; Affidavit of Karl T. Muth [6] is entered and continued to 3/11/2008 at 8:30 AM Motion hearing held on 2/26/2008 regarding motion for temporary restraining order, motion for preliminary injunction[6] and continued to 3/11/2008 at 8:30 AM Status hearing set for 3/11/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.