# Affidavit of Process Server

**Karl T. Nuth** vs **Enterprise Rent A Car et al.**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE # 08CV1025

Being duly sworn, on my oath, I, **Chaundel Sammarco**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **American Recovery Systems, Inc**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons, Notice of Motion and Complaint**

by serving (NAME) **Marvin Kamensky, Registered Agent**

at ☐ Home _____
☒ Business **7250 N. Cicero Suite #200**
☐ on (DATE) **2/21/08** at (TIME) **2:15 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
  namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
  namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ DATE TIME, ( ) _____ DATE TIME,
( ) _____ DATE TIME, ( ) _____ DATE TIME, ( ) _____ DATE TIME

**Description:**
☒ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin    ☐ Brown Hair   ☒ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
          ☐ Yellow Skin   ☒ Blond Hair                   ☒ 36-50 Yrs.   ☒ 5'4"-5'8"   ☐ 131-160 Lbs.
          ☐ Brown Skin    ☒ Gray Hair    ☐ Mustache      ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☒ 161-200 Lbs.
☒ Glasses ☐ Red Skin      ☐ Red Hair     ☐ Beard         ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me, a notary public, this **21** day of **February**, 20**08**

NOTARY PUBLIC

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

SERVED BY
LASALLE PROCESS SERVERS

KC **FILED**
FEB 2 6 2008    FEB 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Karl T. Muth,

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Enterprise Rent A Car,
American Recovery Systems, Inc.

CASE NUMBER: 08CV 1025
ASSIGNED JUDGE: JUDGE ST. EVE
DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

American Recovery Systems, Inc. by its agent Marvin Kaminsky at
7250 N. Cicero, Suite 200
Lincolnwood, IL 60712

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karl T. Muth
61 West 15th St. #208
Chicago, IL 60605

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 1 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date               *Signature of Server*

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.