(A)

# Affidavit of Process Server

Karl T. Muth                        vs    Enterprise, et al    08CV1025

**PLAINTIFF/PETITIONER**       **DEFENDANT/RESPONDENT**     **CASE #**

Aaron Willoughby

Being duly sworn, on my oath, I
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Enterprise Rent A Car_

            NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $ _____ witness fee and mileage

☒ _Summons and Complaint (Amended)_
_Motion for TRO and Preliminary Injunction_

by serving (NAME) _Dawn Schulz CT Corporation Authorize To Accept_
~~at Home~~ _Service_

☒ Business _208 South LaSalle St Chicago, IL 60604 Ste 814_

☒ on (DATE) _2-26-08_       at (TIME) _12:10 pm_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

## Manner of Service:

☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely _Dawn Schulz_

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

## Non-Service: 
After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading      ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____
                               DATE  TIME                DATE  TIME

( ) _____ , ( ) _____ , ( ) _____
    DATE  TIME                DATE  TIME                DATE  TIME

## Description:

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☒ 5'4"-5'6" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois      County of Cook

Subscribed and sworn to before me,
a notary public, this _26_ day of _February_, 20 _08_

_____
NOTARY PUBLIC

SERVED BY
LASALLE PROCESS SERVERS

KC **FILED**

FEB 2 6 2008

FEB 2 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NARPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

KARL T. MUTH

Plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  O8cv1025

V.

ENTERPRISE RENT-A-CAR

AMERICAN RECOVERY SYSTEMS, INC.

ASSIGNED JUDGE: St. Eve

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

ENTERPRISE RENT-A-CAR VIA ITS AGENT, CT CORPORATION SYSTEM, AT

208 SOUTH LASALLE STREET

CHICAGO, ILLINOIS  60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KARL T. MUTH

61 WEST 15TH STREET #208

CHICAGO, ILLINOIS  60605

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

FEB 2 6 2008

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                *Signature of Server*

                                _____
                                 *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.