## United States District Court for the Northern District of Illinois

Case Number: 08cv1025     Assigned/Issued By: KC

Judge Name: ST EVE        Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                    Receipt #: _____

Date Payment Rec'd: _____             Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _02/26/08_ as to _ENTERPRISE_
                               (Date)
RENT-A-CAR

---

C:\wpwin80\docket\feeinfo.frm    03/14/05