IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KARL T. MUTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 08-CV-1025 |
| | ) | |
| ENTERPRISE RENT-A-CAR, | ) | St. Eve |
| a Missouri corporation, | ) | |
| | ) | **FILED** |
| AMERICAN RECOVERY SYSTEMS, | ) | 3-18-2008 |
| INC. d/b/a ARS, | ) | MAR 1 8 2008 |
| an Illinois Corporation, | ) | |
| | ) | MICHAEL W. DOBBINS |
| Defendants. | ) | CLERK, U.S. DISTRICT COURT |
| | ) | |

STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE

Karl T. Muth ("Muth") hereby petitions the Court to allow him to withdraw his

Complaint, and issue an Order dismissing the Complaint without prejudice. In support thereof,

Muth states as follows:

1. On February 19, 2008, Muth filed the instant Complaint against Enterprise Rent-A-

   Car and American Recovery Systems.

2. On February 26, 2008, Muth amended the instant Complaint.

3. Muth, Enterprise Rent-A-Car, and American Recovery Systems have reached a

   settlement in the instant matter.

4.  Enterprise Rent-A-Car and American Recovery Systems have stipulated to the

    dismissal of Muth's complaint.

5.  Consequently, dismissal of Muth's Complaint as moot is in order.

Wherefore, Muth respectfully moves to dismiss the instant Complaint without prejudice

to any party.

Respectfully Submitted,

Karl T. Muth
61 West 15th Street #208
Chicago, Illinois 60605
(312) 952.6000
5muth@stu.jmls.edu