**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Karl T. Muth

                              Plaintiff,

v.                                                               Case No.: 1:08−cv−01025
                                                                    Honorable Amy J. St. Eve

American Recovery Systems, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Motion for TRO [6] is denied as moot in light of settlement. Motion for preliminary injunction [6] is denied as moot in light of settlement. Motion to dismiss [15] is granted. This case is dismissed without prejudice. Status hearing set for 3/21/2008 is stricken. Civil case terminated. mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.